IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-00178-RBJ

CELLPORT SYSTEMS, INC.,

    Plaintiff,

v.

NOKIA CORPORATION, and
NOKIA INC.,

    Defendants.

---

ORDER GRANTING JOINT REQUEST TO STAY
ALL DEADLINES THROUGH APRIL 10, 2014

---

It is hereby ORDERED that the parties' Request to Stay All Dates Through April 10, 2014 submitted by the parties in their Joint Notice of Pending Settlement, is granted finding good cause shown in light of the pending settlement and in the interests of judicial economy and efficiency. All deadlines set forth in the Joint Civil Scheduling Order between and among the parties are stayed through and including April 10, 2014. Should a stipulated dismissal with prejudice of this action not be filed by the parties by April 10, 2014, the deadlines for Plaintiff Cellport Systems, Inc. to serve supplemental infringement contentions and the opening of fact discovery on all issues will be extended through, and including, April 17, 2014 and the deadline for Defendants Nokia Corporation and Nokia Inc. to serve supplemental invalidity contentions will be extended through, and including, May 22, 2014. All other deadlines remain unchanged.

DATED this 21st day of February, 2014.

BY THE COURT:

2

_____

R. Brooke Jackson
United States District Judge