IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-00178-RBJ

CELLPORT SYSTEMS, INC.,

    Plaintiff,

v.

NOKIA CORPORATION, and
NOKIA INC.,

    Defendants.

---

## ORDER OF DISMISSAL

---

    The parties having stipulated to a dismissal of this case, this Court dismisses all claims for relief in the above-captioned action with prejudice, orders each party to bear its own attorneys' fees and costs, and terminates this action.

    DATED this 24th day of April, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge